01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA, ) CASE NO. MJ 09-545
 )
09 Plaintiff, )
 )
10 v. )
 ) DETENTION ORDER
11 RICHARD FLOYD BLAKE, )
 )
12 Defendant. )
_____ )
13

14 <u>Offense charged</u>: Felon in Possession of a Firearm

15 <u>Date of Detention Hearing</u>: October 28, 2009

16 The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the appearance of defendant as required and the safety of other persons and the community.

20 <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21 (1) Defendant, having previously been convicted of a felony, is charged by Complaint

22 with knowingly possessing a semi-automatic rifle which had been shipped and transported in

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

interstate and foreign commerce. The Complaint alleges that law enforcement was investigating a series of shots fired in the area of Interstate 5 in North Seattle when defendant was stopped and arrested, having initially attempted to allegedly elude arrest.

(2)     Defendant was not interviewed by Pretrial Services. His background information is either unknown or unverified. He does not contest detention.

(3)     Defendant poses a risk of nonappearance because of unknown and unverified background information and the alleged attempt to elude arrest. He poses a risk of danger due to criminal history and the nature and circumstances of the instant offense.

(4)     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this <u>28th</u> day of October, 2009.


_____
Mary Alice Theiler
United States Magistrate Judge